UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| RICK GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 4:05CV69AS |
| | ) | |
| THE PHAROS TRIBUNE, LEE | ) | |
| PUBLICATIONS INC., AND | ) | |
| CNHI MEDIA | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

On January 20, 2006, this Court entered an order directing the Plaintiff, Rick Gibbs, to show cause in writing no later than February 21, 2006 why this cause should not be dismissed. As of this date, the Plaintiff has submitted no writing or motions of any kind to indicate that the cause should not be dismissed. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED**.  *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

**SO ORDERED**.

**Date: March 9, 2006**                              S/ ALLEN SHARP
                                                                **ALLEN SHARP, JUDGE**
                                                                **UNITED STATES DISTRICT COURT**